

**ORIGINAL**

| | |
|---|---|
| MEMORANDUM | Office of the Clerk<br>United States District Court<br>Northern District of Texas |

May 31, 2007



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAY 31 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

TO:         Janet Baggett

FROM:    Debra Graves

SUBJECT: 3998 STATUS

Please place the following defendant on 3998 status in Case No. 3:02-CR-052-L:

**Nadia Elashi (7)**

Thank you.

*Maximizing Resources to Provide Quality Service*